UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Frederick Scott Schwartz,<br><br>Plaintiff,<br><br>vs.<br><br>Rock Bottom Restaurants, Inc.,<br>a foreign corporation,<br><br>Defendant. | **Case No. 01-CV-1653 MJD/JGL**<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

**ORDER**

Based on the foregoing Stipulation,

IT IS SO ORDERED.

Dated: April 26, 2002

The Honorable Michael J. Davis
United States District Court Judge

M1:851382.01

FILED APR 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Frederick Scott Schwartz,<br><br>Plaintiff,<br><br>vs.<br><br>Rock Bottom Restaurants, Inc.,<br>a foreign corporation,<br><br>Defendant. | **Case No. 01-CV-1653 MJD/JGL**<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

**STIPULATION**

The parties to this action, by and through the undersigned counsel, stipulate to the dismissal with prejudice of all claims in this action. This stipulation is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Dated: 3/13, 2002

NICHOLS, KASTER & ANDERSON, PLLP

Donald H. Nichols (#78918)
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

Attorney for Plaintiff

FILED APR 2 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**EXHIBIT F**

Frederick Scott Schwartz v. Rock Bottom Restaurants, Inc.
Civil No. 01-CV-1653 MJD/JGL

Dated: April 24, 2002

FAEGRE & BENSON LLP

Mary E. Stumo, #122440
Angela M. Crandall, #285055

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant

EXHIBIT F